PER CURIAM.—The judgment herein is reversed on the authority of Atlas Rock Co. v. Miami Beach Builders Supply Co., this day decided.

.WEST, C. J., AND WHITFIELD, ELLIS, BROWNE, TERRELL AND STRUM, J. J., concur.

---

ATLAS ROCK COMPANY, A CORPORATION, THIRD PARTY CLAIMANT, *Plaintiff in Error*, v. MIAMI NATIONAL BANK, A CORPORATION, *Defendant in Error*.

En Banc.

Decision Filed April 1, 1925.

A Writ of Error to the Circuit Court for Dade County; A. J. Rose, Judge.

*H. H. Eyles* and *Fred T. Myers,* for Plaintiff in Error;

*Semple & Taylor,* for Defendant in Error.

PER CURIAM.—The judgment herein is reversed on the authority of Atlas Rock Co. v. Miami Beach Builders Supply Co., this day decided.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE, TERRELL AND STRUM, J. J., concur.